# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Honorable Jose L. Linares |
| vs. : | Crim. No. 07-533 (JLL) |
| JOSE R. MARTE-TAVAREZ, : | |
| Defendant. : | **CONSENT ORDER** |

**THIS MATTER** having come before the Court on the application of Timothy M. Donohue, attorney for defendant Jose Marte-Tavarez, for an Order removing defendant from electronic monitoring and permitting defendant to voluntarily surrender to the custody of the United States Marshals; and the defendant having no place to live as of May 1, 2008 and his sentencing having been adjourned until May 15, 2008; and A.U.S.A. Andrew Carey having consented to the above Order; and Pretrial Services Officer Ken Rowan being aware of the foregoing application; and for good cause shown,

**IT IS** on this ___30th___ day of __**April**__, 2008;

**ORDERED** that the defendant be removed from electronic monitoring on or about May 1, 2008; and it is further

**ORDERED** that upon the removal of electronic monitoring, the defendant surrender to the custody of the United States Marshals, pending defendant's sentence on May 15, 2008.

_____
Honorable Jose L. Linares, U.S.D.J.